SAMUEL PARSON
v.
JAMES L. HASKELL.

*Practice—Failure to File Briefs.*

This court will reverse for failure of the appellee to file briefs.

[Opinion filed January 10, 1889.]

APPEAL from the Circuit Court of Ogle County; the Hon. WILLIAM BROWN, Judge, presiding.

Messrs. O'BRIEN & O'BRIEN, for appellant.

No appearance for appellee.

*Per Curiam.* In this case the appellee has failed to file briefs, as required by rule number twenty-six of this court.

The appellee having failed to file his briefs as required by said rule, the judgment of the court below is reversed, as provided for by rule number twenty-seven of this court, and the cause is remanded to the court below.